393 A.2d 1275

Commonwealth v. Fickes, Appellant.

Argued April 17, 1978. John Woodcock, Jr., Assistant Public Defender, for appellant; D. Brooks Smith, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.